■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J.D. COUNCIL, Appellant. [813 NYS2d 690]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed March 8, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Santucci, Rivera and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY DAVIS, Also Known as GERALD MONROE, Appellant. [812 NYS2d 890]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered January 24, 2003, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was deprived of a fair trial because of prosecutorial misconduct during summation is unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, does not require reversal (*see People v Ayala,* 4 AD3d 480 [2004]).

The defendant's contentions that his sentencing as a persistent felony offender violated his constitutional rights to notice and a jury trial pursuant to *Apprendi v New Jersey* (530 US 466 [2000]), and that the Supreme Court did not comply with the procedural requirements of Penal Law § 70.10 and CPL 400.20 in adjudicating him a persistent felony offender, are unpreserved for appellate review and, in any event, are without merit (*see* CPL 470.05 [2]; *People v Rivera,* 5 NY3d 61, 67 [2005], *cert denied* — US —, 126 S Ct 564 [2005]; *People v Rosen,* 96 NY2d 329, 335 [2001], *cert denied* 534 US 899 [2001]; *People v Horn,* 7 AD3d 638 [2004]). Schmidt, J.P., Santucci, Rivera and Dillon, JJ., concur.